

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2018

No. 04-18-00293-CV

**ALLSTATE INSURANCE COMPANY**,
Appellant

v.

Daniel Wes **IRWIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI03490
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On September 19, 2018, this court issued an order requiring the court reporter to file her record in this court on or before October 19, 2018. This order was prompted by appellant's response to our prior order requiring appellant to provide proof that it had paid for the reporter's record. On the same date we issued our order requiring the court reporter to file her record in this court on or before October 19, 2018, the court reporter filed a notification of late record. Based on our September 19, 2018 order, we **DENY AS MOOT** the court reporter's request for additional time to file the record. The reporter's record is due in this court on or before October 19, 2018.

We **order** the clerk of this court to serve a copy of this order on court reporter Decline Benavides and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court